JAMES DURANT, as Administrator of the Estate of JOHN H. DURANT, Deceased, Respondent, *v.* VILLAGE OF SOLVAY, Appellant.

*Durant* v. *Village of Solvay,* 116 App. Div. 923, affirmed.
(Argued December 9, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through the defendant's negligence.

*Lamont Stilwell* for appellant.

*Walter Welch* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

SADIE COLEMAN, as Administratrix of the Estate of MAURICE COLEMAN, Deceased, Appellant, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

*Coleman* v. *Delaware, L & W. R. R. Co.,* 117 App. Div. 917, affirmed.
(Argued December 9, 19.7; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 21, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*George C. Riley* for appellant.

*Louis L. Babcock* and *Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.